# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

June 06, 2014

MEMORANDUM TO COUNSEL OR PARTIES

Appeal Number: 14-12495-F
Case Style: Miccosukee Tribe of Indians of v. Bernardo Roman, III, et al
District Court Docket No: 1:12-cv-22439-MGC

Pursuant to the Court's order issued earlier today, the following expedited briefing schedule is set forth:

**Petitioner's brief** of no more than 30 pages is due to be electronically filed by 5:00 pm today, June 6, 2014.

**Respondent's brief** of no more than 30 pages is due to be electronically filed by 12:00 noon on Monday, June 9, 2014.

The District Court Judge is invited to file a response to the writ of mandamus with the response due by 12:00 noon on Monday, June 9, 2014.

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Gerald B. Frost, F/bmc
Phone #: (404) 335-6182

LetterHead Only