## UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

June 09, 2014

William K. Hill
Gunster Yoakley & Stewart, P.A.
BRICKELL WORLD PLAZA
600 BRICKELL AVE STE 3500
MIAMI, FL 33131

Jonathan H. Kaskel
Gunster
80 SW 8TH ST STE 3100
MIAMI, FL 33130

Yinet Pino
Tribal Attorney for the Miccosukee Tribe
PO BOX 440021 TAMIAMI STATION
MIAMI, FL 33144

Yesenia Fatima Rey
Tribal Attorney for the Miccosukee Tribe
PO BOX 440021 TAMIAMI STATION
MIAMI, FL 33144

Bernardo Roman III
Tribal Attorney for the Miccosukee Tribe
PO BOX 440021 TAMIAMI STATION
MIAMI, FL 33144

Appeal Number: 14-12495-F
Case Style: In re: Miccosukee Tribe of Indians, et al
District Court Docket No: 1:12-cv-22439-MGC

The enclosed order has been entered. No further action will be taken in this matter.

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Gerald B. Frost, F
Phone #: (404) 335-6182

Enclosure(s)

                                              DIS-4 Multi-purpose dismissal letter